**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VONDA PEARSON,** : | |
| *AS ADMINISTRATRIX OF THE* : | |
| *ESTATE OF CORNELL D. PEARSON* : | |
| : | **CIVIL ACTION** |
| v.   : | **No. 23-4444** |
| : | |
| **MARPLE TOWNSHIP,** *et al.* : | |

## ORDER

This 21st day of August, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF 46, is **GRANTED**. Defendants' Motion in Limine, ECF 57, is **DENIED** as moot. The Clerk is Directed to mark this case **CLOSED**.

    /s/ Gerald Austin McHugh
United States District Judge